# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>PLAINTIFF/PETITIONER(S),<br><br>v.<br><br>JOHN DOE and DAVID MASTRON,<br><br>DEFENDANT/RESPONDENT(S). | CASE NUMBER:  CV 12-3425 MMM (Ex)<br><br>ORDER TO REASSIGN CASE DUE TO<br>SELF-RECUSAL PURSUANT TO<br>SECTION 3.2 OF GENERAL ORDER 08-05 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of (*please use additional sheets if necessary*):  the fact that Judge Morrow owns common stock in plaintiff Liberty Media Holdings, LLC

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 08-05.

This self-recusal has been Ordered:

☒  within 120 days of the Court being assigned said case.

☐  after 120 days of the Court being assigned said case.

Dated: April 24, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Otis D. Wright, II  . On all documents subsequently filed in this case, please substitute the initials   ODW   after the case number in place of the initials of the prior Judge so that the case number will read:  CV 12-03425 ODW(Ex)      .

This is very important because documents are routed to the assigned Judge by means of the **initials.**

This case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:

X  Western     ☐ Southern     ☐ Eastern Division.

**Subsequent documents must be filed at the    X  Western     ☐ Southern     ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (04/08)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05