# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of: | California | Court: | United States District Court |
| County of: | | Court Case #: | CV12-3425 |
| | | Court Date: | |
| | | Issued Date: | 4/20/2012 |
| **Plaintiff:** | | Our Case #: | A1966-25 |
| Liberty Media Holdings, LLC | | Client's ref #: | CV12-3425 |

**Defendant:**
John Doe and David Mastron

**For:**
Erika Dillon
Liberty Media Holdings, LLC
10620 Southern Highlands Parkway # 110-454
Las Vegas, NV 89141

Received by Counter Intelligence Services on the 8th day of June 2012 to be served on **David Mastron**, located at 10443 Beach Street Bellflower CA 90706.

I, Bryan Canas, duty sworn, declare that on the 8th day of June 2012 at 11:12 PM, I **SUBSTITUTE SERVED** this paper of process **SUMMONS IN A CIVIL ACTION** by leaving a copy at the within named person's usual place of residence; to a person residing therein who is at least 15 years of age or older to the witness of Jane Doe (refused to provide name) as Co-occupant and informed same of the contents within.

Server confirmed that the defendant "David Mastron" resided at the property. Description of female sub-served: Caucasian, 5'5", 120 lbs., 43 years old, brown hair w/glasses.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

_____B. Canas_____
Bryan Canas
Lic#: LA#5899
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

_____
NOTARY PUBLIC  (Signature & Seal)

Subscribed and Sworn to, before me on
8th day of June 2012

☒ Personally Known
☐ Provided ID_____

BRUCE J. ANDERSON
Commission # 1943123
Notary Public - California
Los Angeles County
My Comm. Expires Jul 30, 2015

Copyright © 2006 - 2012, Virtual Case Management, LLC

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Liberty Media Holdings, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV12-3425-*(illegible)* |
| John Doe and David Mastron | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Mastron
10443 Beach Street
Bellflower, CA 90706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc J. Randazza, Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 20 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Mastron__
was received by me on *(date)* __June 11, 2012__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* "Jane Doe" (refused name)
brown hair, w/glasses
F, Cauc., 5'5", 120 lbs., 43 yoa), a person of suitable age and discretion who resides there,
on *(date)* __6/13/2012__, and mailed a copy to the individual's last known address; or
9:10AM

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __June 19, 2012__

*Server's signature* B. CANAS

__Bryan Canas Registered Process Server__
*Printed name and title*
Los Angeles County no. 5899

Counter Intelligence Services
9 SW 13th St., Second Floor, Fort Lauderdale, FL
*Server's address* 33315

Additional information regarding attempted service, etc: