Name and address
ROBERT S. GUTIERREZ [State Bar No. 143223]
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel. 310-277-3333; FAX. 310-277-7444
Email: rgutierrez@lpsla.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LIBERTY MEDIA HOLDINGS, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 12-3425 ODW (Ex) |
| v. | |
| JOHN DOE and DAVID MASTRON | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

David Mastron    ☐ Plaintiff  ☑ Defendant  ☐ Other
*Name of Party*

hereby requests that the Court approve the substitution of Robert S. Gutierrez of Leopold, Petrich & Smith, P.C.
                                                            *New Attorney*
as attorney of record instead of David Mastron in propria persona
                                                            *Present Attorney*

Dated August 3, 2012

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated August 3, 2012

*Signature of New Attorney*
143223
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.