Name and address:
ROBERT S. GUTIERREZ [State Bar No. 143223]
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel. 310-277-3333; Fax. 310-277-7444
Email: rgutierrez@lpsla.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff(s)<br>v.<br><br>JOHN DOE and DAVID MASTRON<br><br>Defendant(s). | CASE NUMBER:<br>CV 12-3425 ODW (Ex)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

David Mastron     ☐ Plaintiff   ● Defendant   ☐ Other
*Name of Party*

to substitute   Robert S. Gutierrez of Leopold, Petrich & Smith, P.C.   who is

● Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2049 Century Park East, Suite 3110
*Street Address*

Los Angeles, California 90067-3274          rgutierrez@lpsla.com
*City, State, Zip*                          *E-Mail Address*

310-277-3333           310-277-7444           143223
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of   David Mastron in propria persona
*Present Attorney*

**is hereby   X GRANTED ☐ DENIED**

Dated   August 6, 2012

_____
U. S. District Judge

G-01 ORDER (07/12)     **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

**NOTICE TO COUNSEL: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**