1 ROBERT S. GUTIERREZ (State Bar No. 143223)
LEOPOLD, PETRICH & SMITH, P.C.
2 2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
3 Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: rgutierrez@lpsla.com
4
Attorneys for Defendant
5 David Mastron

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC, | CASE NO. CV12-3425 ODW (Ex) |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF DEFENDANT DAVID MASTRON WITH PREJUDICE** |
| v. | |
| JOHN DOE and DAVID MASTRON, | |
| Defendants. | |

1     Plaintiff Liberty Media Holdings, LLC and Defendant David Mastron, by and
2 through their respective attorneys of record in the above-entitled action (the "Civil
3 Action"), hereby stipulate and agree that the Civil Action may be dismissed and
4 hereby is dismissed as to Defendant David Mastron only, with prejudice, with each
5 party to bear its or his own fees and costs.
6     IT IS SO AGREED.

8 DATED: August 20, 2012      LEOPOLD, PETRICH & SMITH
                                                           A Professional Corporation

                                                           By: _____
                                                           ROBERT S. GUTIERREZ
                                                           Attorneys for Defendant
                                                           David Mastron

13 DATED: August 20, 2012      RANDAZZA LEGAL GROUP

                                                           By: _____
                                                           MARC RANDAZZA
                                                           Attorneys for Plaintiff
                                                           Liberty Media Holdings, LLC