**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>        Plaintiff,<br>   v.<br>JOHN DOE, and DAVID MASTRON,<br><br>        Defendants. | Case No. 2:12-3425-ODW(Ex)<br><br>**ORDER TO SHOW CASE RE LACK OF PROSECUTION** |

     Plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution. Defendant David Mastron has been dismissed from this case. The only remaining defendant is John Doe. Plaintiff must show in writing why this case should not be dismissed, including proof that the John Doe defendant was served within the 120-day limit prescribed under Federal Rule of Civil Procedure 4(m). No hearing is scheduled. Plaintiff's response is due by August 29, 2012. Failure to respond to this order will result in dismissal of this case.

     **IT IS SO ORDERED.**

August 22, 2012

                                        _____
                                          **OTIS D. WRIGHT, II**
                                     **UNITED STATES DISTRICT JUDGE**